**Electronically Filed
Supreme Court
SCWC-13-0003941
09-JUL-2015
08:10 AM**

SCWC-13-0003941

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

_____

STATE OF HAWAIʻI, Respondent/Plaintiff-Appellee,

vs.

TOBY J. STANGEL, Petitioner/Defendant-Appellant.

_____

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-13-0003941; CR. NO. 11-1-0803)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Petitioner/Defendant-Appellant Toby J. Stangel's application for writ of certiorari filed on May 27, 2015, is hereby rejected.

DATED:  Honolulu, Hawaiʻi, July 9, 2015.

Craig W. Jerome                    /s/ Mark E. Recktenwald
for petitioner
                                   /s/ Paula A. Nakayama
Donn Fudo
for respondent                     /s/ Sabrina S. McKenna

                                   /s/ Richard W. Pollack

                                   /s/ Michael D. Wilson